IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN DEMING, BRIANA FRASIER, MICHAEL MCFARLAND and LUCAS GRISWOLD, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CIOX HEALTH, LLC, SCL HEALTH f/k/a ST. VINCENT HEALTHCARE, BOZEMAN DEACONESS HEALTH SERVICES, KALISPELL REGIONAL HEALTHCARE FOUNDATION f/k/a KALISPELL REGIONAL MEDICAL CENTER, INC., ST. JAMES HEALTHCARE, CMC MISSOULA, INC., SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM, INC., and JOHN DOES 1–20, <br><br> Defendants. | CV 20–16–M–DWM <br><br> ORDER |

Defendant CIOX Health, LLC moves for the admission of Joseph M. Sanderson to practice before this Court in this case with Matthew B. Hayhurst and Randy J. Tanner to act as local counsel. Mr. Sanderson's application appears to be in order.

1

Accordingly, IT IS ORDERED that Defendant CIOX Health, LLC's motion to admit Joseph M. Sanderson *pro hac vice* (Doc. 17) is GRANTED on the condition that Mr. Sanderson shall do his own work. This means that Mr. Sanderson must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Sanderson, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 26th day of March, 2020.

_____
Donald W. Molloy, District Judge
United States District Court