IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN DEMING, BRIANA FRASIER, MICHAEL MCFARLAND and LUCAS GRISWOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIOX HEALTH, LLC, et al.,<br><br>Defendants. | CV 20–16–M–DWM<br><br><br>ORDER |

Plaintiffs having moved unopposed to dismiss certain defendants from this action without prejudice,

IT IS ORDERED that the motion (Doc. 24) is GRANTED.  Defendants SCL Health f/k/a St. Vincent Healthcare, Bozeman Deaconess Health Services, Kalispell Regional Healthcare Foundation f/k/a Kalispell Regional Medical Center, Inc., CMC Missoula, Inc., and Sisters of Charity of Leavenworth Health System, Inc. are DISMISSED without prejudice.

DATED this __14th__ day of April, 2020.

10:15 AM

_____
Donald W. Molloy, District Judge
United States District Court