IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYAN DEMING, BRIANA FRASIER, MICHAEL MCFARLAND, and LUCAS GRISWOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIOX HEALTH, LLC, et al.,<br><br>Defendants. | CV 20-16-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Opinion and Order dated July 30, 2020, that Judgment is entered in favor of Defendants and against Plaintiffs. The action is dismissed with prejudice.

Dated this 31st day of July, 2020.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk

